| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) | Order Filed on October 10, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Edgar Santiago,<br><br>                          Debtor | Case No.: 23-14312 (CMG)<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: CMG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2)     is hereby **ORDERED**

**DATED: October 10, 2024**

_Honorable Christine M. Gravelle_
_United States Bankruptcy Judge_

Case No. 23-14312 (CMG)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 400.00          for services rendered and expenses in the amount of $ 0.00    for a total of $ 400.00         . The allowance shall be payable:

   XXXXX  through the Chapter 13 plan as an administrative priority.

        outside the plan.

The debtor's monthly plan is modified to require a payment of $427.00   per month for  44  months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14312-CMG |
| Edgar Santiago | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 10, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Edgar Santiago, 22 Ember Lane, Willingboro, NJ 08046-2420 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Credit Union of New Jersey dupont@redbanklaw.com  lori@redbanklaw.com |
| Stacey L. Mullen | on behalf of Debtor Edgar Santiago slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5