UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
Planet Home Lending

In Re:
Edgar Santiago a/k/a Edgar Santiago Sr
Debtor

Order Filed on October 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-14312 CMG

Hearing Date: 10/16/2024 @ 9:00 a.m.

Judge: Christine M. Gravelle

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 25, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Edgar Santiago a/k/a Edgar Santiago Sr
Case No: 23-14312 CMG
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Planet Home Lending, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 22 Ember Lane, Willingboro, NJ, 08046, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Stacey L. Mullen, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 4, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2024 through October 2024 for a total post-petition default of $6,198.78 (1 @ $1,844.63, 3 @ $1,918.06 less suspense $1,400.03); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $4,000.00; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,198.78 will be paid over three months by Debtor remitting $732.93 per month for two months and $732.92 for one month in additional payments shall begin on November 1, 2024, until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2024, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.