| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 23-14312 / CMG

Edgar Santiago

Petition Filed Date: 05/20/2023
341 Hearing Date: 06/22/2023
Confirmation Date: 08/02/2023

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $660.00 | 95733910 | 02/06/2024 | $660.00 | 96208640 | 03/11/2024 | $660.00 | 96786550 |
| 04/10/2024 | $660.00 | 97287100 | 06/03/2024 | $660.00 | 98005630 | 07/03/2024 | $660.00 | 98655690 |
| 09/03/2024 | $660.00 | 99574350 | 10/04/2024 | $660.00 | 10010457 | 12/23/2024 | $427.00 | 10126784 |

**Total Receipts for the Period: $5,707.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,571.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Edgar Santiago | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Stacey L. Mullen, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 1 | Dakesha T. Charles | Support Arrears | $0.00 | $0.00 | $0.00 |
| 2 | CW NEXUS CREDIT CARD HOLDINGS 1, LLC | Unsecured Creditors | $2,561.91 | $0.00 | $2,561.91 |
| 3 | PLANET HOME LENDING, LLC<br>»» P/22 EMBER LANE/1ST MTG | Mortgage Arrears | $8,342.31 | $1,669.33 | $6,672.98 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT | Unsecured Creditors | $4,191.94 | $0.00 | $4,191.94 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,025.65 | $0.00 | $1,025.65 |
| 6 | NJ DEPT OF LABOR | Secured Creditors | $5,378.07 | $1,076.15 | $4,301.92 |
| 0 | Stacey L. Mullen, Esq.<br>»» ORDER 8/7/23 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 7 | CREDIT UNION OF NEW JERSEY<br>»» ORDER 10/4/23 | Unsecured Creditors | $10,628.94 | $0.00 | $10,628.94 |
| 0 | Stacey L. Mullen, Esq.<br>»» ORDER 10/10/24 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 8 | PLANET HOME LENDING, LLC<br>»» 22 EMBER LANE/ATTY FEES 10/25/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 23-14312 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/23/2025: | | | |
| Total Receipts: | $10,571.00 | Plan Balance: | $15,416.00 ** |
| Paid to Claims: | $8,244.48 | Current Monthly Payment: | $427.00 |
| Paid to Trustee: | $763.71 | Arrearages: | ($2,236.00) |
| Funds on Hand: | $1,562.81 | Total Plan Base: | $25,987.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**



**View your case information online for FREE!  Register today at www.ndc.org or**
**scan this code to get started.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**