Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−14312−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edgar Santiago
   aka Edgar Santiago Sr
   22 Ember Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1926

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/13/25 at 09:00 AM

to consider and act upon the following:

**45** − Creditor's Certification of Default (related document:42 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PLANET HOME LENDING, LLC. Objection deadline is 07/14/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/8/25

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court