4:12  5GUC 91%

← 

# -$2,300.00

**Direct Debit: Planet Home, Ach Pmts**

Thu, Jul 3 • 3:30 AM

| | |
|---|---|
| Account | Checking |
| Category | Other |
| Card | ****1038 |

Problem with this transaction?