UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Planet Home Lending, LLC

In Re:

Edgar Santiago,

Debtor.

| | |
|---|---|
| Case No.: | 23-14312-CMG |
| Chapter: | 13 |
| Hearing Date: | 08/13/2025 |
| Judge: | Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 45)

Date: 08/08/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*