UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Stacey L. Mullen, Esquire
1814 East Route 70
Suite 350
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

_____

| | |
|---|---|
| In Re: | Case No.: ___23-14312 |
| Edgar Santiago, | Judge: ____CMG |
| | Chapter: 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   ___ Motion for Relief from the Automatic Stay filed by creditor
. A hearing has been scheduled for
          at        am

OR

 X  Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for _4/1/26_, at ___9:00_____ am.

___ Certification of Default filed by creditor, Selene
I am requesting a hearing be scheduled on this matter.

OR

___ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

___ Payments have been made in the amount of $ _____, but have
not been accounted for. Documentation in support is attached hereto.
___ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

   _X_  Other **(explain your answer)**: <u>Debtor will pay the $1702.00 on March 5th and will pay March by March 15th. This will make him current.</u>

   3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

   4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: <u>02/27/26</u>                 /s/ Edgar Santiago
                                     Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to _DNJ LBR 9013-1(d), Motion Practice_,** if filed in opposition to a _Motion for Relief from the Automatic Stay_; **and within 10 days of the filing of a _Creditor's Certification of Default_ under an _Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions_. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will _not_ be required.**

                                                                                 _1/3/05/jml_